IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DAVID LYNN JONES, Individually, and d/b/a SKUNK DEVILLE MUSIC., | * * * |
| Plaintiff, | * * |
| vs. | *   No. 1:12CV00052-SWW * |
| WEST PLAINS BANK AND TRUST COMPANY and ROGER THOMPSON, | * * * |
| Defendants. | * |

## Order

Before the Court is the motion of separate defendant Roger Thompson for leave to file answer and affirmative defenses out of time. The motion [docket entry 34] is granted. Separate defendant has five (5) days from the date of entry of this Order to file its answer and affirmative defenses.

DATED this 14th day of March, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE