IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DAVID LYNN JONES, Individually, and d/b/a SKUNK DEVILLE MUSIC., | * * * |
| Plaintiff, | * * |
| vs. | *   No. 1:12CV00052-SWW * |
| WEST PLAINS BANK AND TRUST COMPANY and ROGER THOMPSON, | * * * |
| Defendants. | * |

### Order

Before the Court are the parties' motions for summary judgments. The parties filed responses to the motions and replies to the responses. After careful review of the relevant pleadings, the Court finds there are genuine issues of material fact in dispute as to the ownership of the property at issue as well as damages. Therefore, the motions [ECF Nos. 74 and 77] are denied.[1]

Also before the Court is the motion of separate defendant West Plains Bank and Trust Company for a bifurcated trial on the issue of punitive damages to which plaintiff responded. The motion [ECF No. 73] is denied.

The Court will schedule a hearing on defendants' motion for extension of time to complete discovery and plaintiff's motion in limine.

DATED this 13th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion for an extension of time [ECF No. 84] is moot.