IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID LYNN JONES, Individually, and d/b/a SKUNK DEVILLE MUSIC., | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 1:12CV00052-SWW |
| WEST PLAINS BANK AND TRUST COMPANY and ROGER THOMPSON, | * * * | |
| Defendants. | * | |

**Order**

The Court held a telephone conference on January 22, 2014, to take up again defendants' motion for extension of the discovery deadline and to consider plaintiff's motion in limine. For the reasons stated during the conference, the Court denies the motions.

The parties have until January 30, 2014, to agree on a time, place, and a technician or technicians to determine whether the original recordings can be played for the jury on the original equipment. The parties are directed to notify the Court if they cannot agree and the Court, after considering suggestions from the parties, will determine the details of time, place and technician or technicians for this purpose. Defendants may make a copy of the tapes while they are being played but may not share or otherwise reproduce any such copy.

IT IS THEREFORE ORDERED that the motion for extension of discovery [ECF No. 57] and the motion in limine [ECF. No. 92] are denied.

DATED this 23rd day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE