IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DAVID LYNN JONES, Individually, and d/b/a SKUNK DEVILLE MUSIC., | * * * |
| Plaintiff, | * * |
| vs. | * No. 1:12CV00052-SWW * |
| WEST PLAINS BANK AND TRUST COMPANY and ROGER THOMPSON, | * * * |
| Defendants. | * |

**Order**

Pursuant to the discussion during the telephone conference held in this matter on December 16, 2014, the Court hereby grants defendants until January 12, 2015, to file a supplement to their motion for sanctions. Plaintiff is allowed fourteen days to file a response to defendants' supplement.

SO ORDERED this 17th day of December, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE