IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DAVID LYNN JONES, Individually, and d/b/a SKUNK DEVILLE MUSIC., <br><br> Plaintiff, <br><br> vs. <br><br> WEST PLAINS BANK AND TRUST COMPANY and ROGER THOMPSON, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   No. 1:12CV00052-SWW <br> * <br> * <br> * <br> * <br> * |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on August 27, 2014, plaintiff's claim of copyright infringement is dismissed with prejudice. This judgment is final under Federal Rule of Civil Procedure 54(b).

DATED this 5th day of February, 2015.

/s/Susan Webber Wright
United States District Judge