IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DAVID LYNN JONES, Individually, and d/b/a SKUNK DEVILLE MUSIC., | * * * |
| Plaintiff, | * * |
| vs. | *   No. 1:12CV00052-SWW  * |
| WEST PLAINS BANK AND TRUST COMPANY and ROGER THOMPSON, | * * * |
| Defendants. | * |

**Amended Opinion and Order**

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Opinion and Order entered on February 5, 2015 [ECF No. 188], is hereby amended to clarify that the Court's Order of March 26, 2014 [ECF No. 123], is included in the Court's finding, pursuant to Rule 54(b), that entry of judgment on the copyright infringement claim should not be delayed.

DATED this 25th day of March, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE