IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DAVID LYNN JONES, Individually, and d/b/a SKUNK DEVILLE MUSIC., <br><br>Plaintiff, <br><br>vs. <br><br>WEST PLAINS BANK AND TRUST COMPANY and ROGER THOMPSON, <br><br>Defendants. | * <br> * <br> * <br> * <br> * <br> * No. 1:12CV00052-SWW <br> * <br> * <br> * <br> * <br> * |

**Amended Judgment**

Pursuant to Rule 59(e) and Rule 60(a) of the Federal Rules of Civil Procedure, the Court enters this amended judgment, clarifying that the Opinion and Order entered on February 5, 2015, finding plaintiff's claim of copyright is dismissed with prejudice, includes both the Court's Order entered on March 26, 2014, and the Memorandum Opinion and Order entered on August 27, 2014. This judgment is final under Rule 54(b).

DATED this 25th day of March, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE