IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 10 2017

JAMES W. McCORMACK, CLERK
By: C Norwood
                    DEP CLERK

| | | |
|---|---|---|
| DAVID LYNN JONES | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 1:12CV00052 SWW |
| | * | |
| WEST PLAINS BANK | * | |
| Defendant | * | |

## VERDICT

1. On Plaintiff David Lynn Jones's conversion claim against Defendant West Plains Bank, as submitted in Instruction Nos. 4 and 5, we the jury find in favor of

__David Lynn Jones__         OR      _____
(Plaintiff David Lynn Jones)                (Defendant West Plains Bank)

**Note: Complete the following paragraphs only if you found in favor of Plaintiff. If the above finding is in favor of Defendant, have your foreperson sign and date this form because you have completed your deliberations.**

2. We find Plaintiff David Lynn Jones's damages as defined in Court's Instruction No. 6 to be:

$ __600,000__ (stating the amount or, if you find that the plaintiff's damages have no monetary value, set forth a nominal amount such as $10.00).

**Note: You may not award punitive damages against Defendant unless you have first found against Defendant and awarded Plaintiff actual or nominal damages.**

3. We assess punitive damages as defined in Court's Instruction No. 7 against Defendant West Plains Bank as follows:

$ __1.5 million__ (stating the amount or, if none, write the word "none.")

_____    3-10-17
Foreperson                                              Date