**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | |
|---|---|
| DAVID LYNN JONES | * |
| | * |
| Plaintiff | * |
| VS. | * |
| | * |
| WEST PLAINS BANK AND TRUST COMPANY | *   NO: 1:12CV00052   SWW |
| | * |
| | * |
| Defendant | * |
| | * |

## JUDGMENT ON JURY VERDICT

This action came on for trial March 6, 2017 before the Court and a jury.  The issues were duly tried, and the jury rendered a verdict on March 10, 2017.  Pursuant to the jury's verdict, judgment is hereby entered in favor of Plaintiff David Lynn Jones in the amount of six hundred thousand dollars ($600,000) in compensatory damages and one million five hundred thousand dollars ($1,500,000) in punitive damages.

IT IS HEREBY ORDERED AND ADJUDGED that  Plaintiff David Lynn Jones have and recover from Defendant West Plains Bank and Trust Company the sum of $2,100,000 (representing 600,000 in compensatory damages and $1,500,000 in punitive damages) together with interest from the date of this judgment until paid at the rate of 1.03% per annum as provided by law.

IT IS SO ORDERED THIS 15th  DAY OF MARCH, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE